CRIMINAL DOCKET — U.S. District Court

| | | | | | |
|---|---|---|---|---|---|
| PO ☐ | 113C | 1 | Assigned 3C29/3CBE | ☐ WRIT | U.S. VS. |
| Misd. ☐ | | | Disp./Sentence | ☐ JUVENILE | ▷● PRUNA, ANDY  95-3 |
| Felony ☒ | District | Off | Judge/Magistr. | ☐ ALIAS | |
| | | | | OFFENSE ON INDEX CARD | |

Date Filed: Mo 1  Day 15  Yr 91
Docket No. 00018-CR-1 FAM
Def. 
No. of Def's 1
U.S. MAG CASE NO. ▷

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM ✝ NG |
|---|---|---|---|
| 21:963 | Consp to import (COCAINE), Sch II, Ct 2 | 1 | |
| 21:846 | Consp to poss w/intent to distb (COCAINE), Sch II, Ct 3 | 1 | |
| 21:952 & 960(b)(1)(B)(ii) | Import (COCAINE), Sch II, Cts 4,6,8,9,11 | 5 | |
| 21:841(a)(1) & 841(b)(1)(A)(ii)(II) | Poss w/intent to distb (COCAINE), Sch II, Cts 5,7,10,12 | 4 | |
| 18:924(c)(1) | Poss & Use of F/A in comm of crime, Ct 13 | 1 | |

SUPERSEDING COUNTS ▶

## II. KEY DATE

INTERVAL ONE
KEY DATE — EARLIEST OF
☐ arrest
☐ sum'ns
☐ custody
☐ appears-on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)
KEY DATE — APPLICABLE 6/1/89
☒ Indictment filed/unsealed
☐ consent to Magr. trial on complaint
☐ Information
☐ Felony-W/waiver

KEY DATE 1/15/91
a) ☐ 1st appears on pending charge /R40
b) ☒ Receive file R20/R21
c) ☐ Supsdg: ☐ Ind ☐ Inf
d) ☐ Order New trial
e) ☐ Remand  f) ☐ G/P Withdrawn

END INTERVAL TWO
KEY DATE — APPLICABLE
☐ Dismissal
☐ Pled guilty { ☐ After N.G.
☐ Nolo { ☐ After nolo
☐ Trial (voir dire) began ☐ Jury ☐ N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | PTD Nolle Pros. | FINAL CHARGES DISMISSED | on def motion on gov't motion |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ☐ on S.T. ☐ grounds ☐ W.P. ☐ WOP | |

## III. MAGISTRATE

| | | DATE | INITIAL/NO. | | | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|---|---|
| Search Warrant | Issued | | | INITIAL APPEARANCE DATE ▶ | | | ☐ DISMISSED |
| | Return | | | PRELIMINARY EXAMINATION | Date Scheduled ▶ | | HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Summons | Issued | | | OR | | | |
| | Served | | | ☐ REMOVAL HEARING | Date Held ▶ | | HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Arrest Warrant Issued | | | | ☐ WAIVED   ☐ NOT WAIVED | Tape Number | | |
| COMPLAINT ▶ | | | | ☐ INTERVENING INDICTMENT | | | |
| Date of Arrest | | OFFENSE (In Complaint) | | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:
12025/ CAT I/ N

RULE ☒ ☐ ☐ : ☒ ☐
20  21  40   In  Out

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS
U.S. Attorney or Asst.
ROGER W. POWELL

Defense: 1 ☐ CJA.   2 ☐ Ret.   3 ☐ Waived.   4 ☐ Self.   5 ☐ Non / Other.   6 ☐ PD.   7 ☐ CD

### TIME STUDY CASE
Please Record All Time Spent on This Case by a Judge or Magistrate.
Report forms are available from Clerk of Court.
Questions about the time study? Call FTS 633-6326.
Federal Judicial Center

BAIL ● RELEASE
PRE-INDICTMENT
Release Date
☐ Bail Denied
AMOUNT SET $
Date Set
☐ Bail Not Made
Date Bond Made
☐ Fugitive
☐ Pers. Rec.
☐ PSA
Conditions
☐ 10% Dep.
☐ Surety Bnd
☐ Collateral
☐ 3rd Prty
☐ Other

POST-INDICTMENT
Release Date
☐ Bail Denied
AMOUNT SET $
Date Set
☐ Bail Not Made
Date Bond Made
☐ Fugitive
☐ Pers. Rec.
☐ PSA
Conditions
☐ 10% Dep.
☐ Surety Bnd
☐ Collateral
☐ 3rd Prty
☐ Other

FINE AND RESTITUTION PAYMENTS
Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|
| | | | | | |

APPEALS FEE PAYMENTS

| | | | MASTER DOCKET - MULTIPLE DEFENDANT CASE    PAGE XX of | | VI EXCLUDABLE DELAY | | |
|---|---|---|---|---|---|---|---|
| DATE DOCUMENT NO | Yr | Docket No | Def | PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | Start Date End Date | Ltr Code | Total Days |

**V. PROCEEDINGS** (OPTIONAL) Show last names of defendants

| DATE | DOC NO | PROCEEDINGS | Code |
|---|---|---|---|
| **1991** JAN 15 | 1 | INDICTMENT ret'd @ USDC-So. Dist of Alabama & filed in Miami, FL. | vfr |
| 15 | 2 | CONSENT to transf for plea & sent (R20 in) from USDC-So. Dist of Alabama together w/certified copy of dkt sheet. | vfr |
| 16 | 3 | GOVT'S NOTICE of similar & req to transf cs to Judge Moreno. | vfr |
| 18 | 4 | ORDER (SM 1/17/91 & FAM 1/17/91) TRANSFERRING Case to cal of Judge Morino. (EOD 1/24/91-CCAP). | pfm |
| Mar., 7 | 5 | ORDER(FAM-3/7/91)DENYING deft's 3/6/91 in case # 88-551-Cr-Fam m/cont., sent.Deft is hereby sch., for a G/P on 3/12/91 @ 9:00 am in case #91-18-Cr-FAM the rule 20 from Southern District of Al. (EOD-3/19/91-CCAP). | njf |
| 12 | 6 | MINUTES of change of plea held 3/12/91. | vf |
| 12 | 7 | NOTICE of sent date set for 3/26/91 @ 9:00. | vf |
| 29 | 8 | MINUTES on 3/26/91 of sent. | njf |
| 29 | 9 | J&C(FAM-3/28/91)IMPR., 12 yrs., as to ct 5. Sent., shall run conc w/sents imposed in case 88-551-Cr-FAM & 90-936-Cr-FAM. Deft shall receive credit for time svc'd. No fine imposed. Remaining cts dism. ASSESSED $50.00. (EOD-4/1/91-CCAP-M). | njf |
| JUL 24 | 10 | NOTICE of refiling mot resucr or modify sent pur rule 35 w/attachment. | hr |
| **1993** MAR 10 | 11 | MOTION for furlough. | vf |
| JUNE 21 | 12 | MINUTES of hrg on M/red sent. | vf |
| **1994** Nov 22 | 13 | UNOPPOSED REQUEST for evidentiary hrg on dft's mot for reduc of sentence pursuant to Rule 35 | sk |
| 22 | 14 | REQUEST FOR status conf prior to hrg on dft's mot for reduc of sentence pursuant to Rule 35 | sk |
| Dec 28 | 15 | ORDER (FAM 12/28/94) ON MOTIONS AND REDUCING SENTENCE; dft 11/22/94 req for stat cnf is DENIED; dft 11/22/94 req for evi hrg is DENIED; GRANTING MOTIONS to REDUCE SENTENCE to ten (10) yrs of imprisonment; all terms and conditions of the the 3/26/91 J & C SHALL remain in full force and effect; (EOD 1/6/95 CCAP)/M | sk |
| **1995** Feb 10 | 16 | SEALED doc | sk |

This Docket Sheet Has Been Scanned as Docket Entry No. 17

CONTINUED TO PAGE